UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD Q., <br><br> Plaintiff, <br><br> v. <br><br> SOCIAL SECURITY, <br><br> Defendant. | Case No.: 23-cv-01027-DEB <br><br> **ORDER CLOSING CASE** |

On August 3, 2023, this Court issued a Discrepancy Order (Dkt. No. 10) rejecting Plaintiff's Motion for Leave to Proceed in Forma Pauperis (Dkt. No. 2). The Court ordered Plaintiff to pay the filing fee or refile his motion on or before August 17, 2023. Dkt. No. 10. The deadline has passed, and Plaintiff has neither refiled his motion nor paid the filing fee.

The Court, therefore, **DENIES** Plaintiff's Motion to Appoint Counsel (Dkt. No. 3) as moot. The Clerk of Court shall enter judgment accordingly and close this case without further order from the Court.

**IT IS SO ORDERED**.

Dated: August 24, 2023

Daniel E. Butcher
United States Magistrate Judge